IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02226-AP

ANNESSA Y. MORRISON,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

ORDER GRANTING MOTION TO TRANSFER VENUE

Kane, J.

     Before me is Ms. Morrison's *pro se* Motion to Change Venue, Doc. 12. Good cause appearing, I GRANT the Motion per 28 U.S.C. § 1404(a) for substantially the same reasons as contained therein. The Clerk is directed to transfer the case record to the District Court for the District of Arizona.

DATED:    October 29, 2014          BY THE COURT:

                                                       *s/John L. Kane*
                                                       John L. Kane